Samuel L. Eilers
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Ste. 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: samuel_eilers@fd.org

Counsel for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, Plaintiff, vs. ANTHANEY O'CONNOR, Defendant. | Case No. 3:24-mj-00686-KFR **MOTION TO WITHDRAW AS COUNSEL AND TERMINATE SERVICE DUE TO CONFLICT OF INTEREST** |
|---|---|

Defendant, Anthaney O'Connor, through undersigned counsel, moves the Court for an order to withdraw Samuel L. Eilers, Assistant Federal Defender, and the Office of the Federal Public Defender for the District of Alaska as counsel in this matter and to terminate service. Withdrawal is appropriate due to an identified, actual conflict of interest.

The CJA Panel Administrator has been notified and is in the process of seeking a CJA Panel Attorney for appointment as replacement counsel.

DATED at Anchorage, Alaska, this 20th day of December, 2024.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

*/s/ Samuel L. Eilers*
Assistant Federal Defender
Office of the Federal Public Defender

<u>Certificate of Service</u>:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on December 20, 2024. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Samuel L. Eilers*