(Rev 3/18)

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
WITNESS LIST

---

**Case No.:** 3:24-MJ-00128-KFR     **Magistrate Judge:** KYLE F. REARDON

**Title:** UNITED STATES OF AMERICA

vs.   ANTHANEY O'CONNOR

**Dates of Hearing/Trial:** January 6, 2025

**Deputy Clerk/Recorder:** ALEXIS SIMS-HOWARD

**Official Reporter:** NONE

### WITNESSES

| DATE | START TIME | END TIME | W- | WITNESS NAME | CALLED BY |
|------|------------|----------|-----|--------------|-----------|
| 1/6/25 | 1:35 PM | 2:03 PM | W-1 | WILLIAM CAMERON | PLT |
|  |  |  |  |  |  |
|  |  |  |  |  |  |