(Rev 4/18)

# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA
# EXHIBIT LIST OF PLAINTIFF

---

Case No.: **3:24-MJ-00128-KFR**  Judge: **KYLE F. REARDON**

Title: **UNITED STATES OF AMERICA**

vs. **ANTHANEY O'CONNOR**

Dates of Hearing/Trial: **JANUARY 6, 2025**

Deputy Clerk: **ALEXIS SIMS-HOWARD**

Official Reporter: **NONE**

| Attorney for Plaintiff |
|---|
| MAC CAILLE PETURSSON |
| |
| |

## EXHIBITS

| EX# | ID | ADM | DESCRIPTION OF EXHIBIT |
|---|---|---|---|
| 1 | X | 1/6/25 | COMPLAINT |
| | | | |
| | | | |
| | | | |
| | | | |