(Rev 3/18)

AMENDED
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
WITNESS LIST

Case No.: 3:24-MJ-*00686-KFR         Magistrate Judge: KYLE F. REARDON

Title: UNITED STATES OF AMERICA
vs. ANTHANEY O'CONNOR

Dates of Hearing/Trial: **January 6, 2025**

Deputy Clerk/Recorder: ALEXIS SIMS-HOWARD

Official Reporter: NONE

### WITNESSES

| DATE | START TIME | END TIME | W- | WITNESS NAME | CALLED BY |
|---|---|---|---|---|---|
| 1/6/25 | 1:35 PM | 2:03 PM | W-1 | WILLIAM CAMERON | PLT |
| | | | | | |
| | | | | | |